AO 243 (Rev. 5/85)

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| United States District Court | District | Massachusetts |
|---|---|---|

| Name of Movant | Prisoner No. | Case No. |
|---|---|---|
| Sergio Cruz | 24387-038 | 02-cr-10335(NG) |

Place of Confinement
F.C.I. Ray Brook, P.O. Box 9002, Ray Brook, New York 12977

| UNITED STATES OF AMERICA | V. | Sergio Cruz 10610 NG |
|---|---|---|
| | | (name under which convicted) |

MAGISTRATE JUDGE

## MOTION

1. Name and location of court which entered the judgment of conviction under attack __United States District Court for the District Of Massachusetts__

2. Date of judgment of conviction __June 18, 2004__

3. Length of sentence __60 Months plus 4 years supervised release__

4. Nature of offense involved (all counts) __Conspiracy to Distribute and possess with intent to distribute a controlled substance 21 U.S.C. § 846__

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒X
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   __One Count Indictment, my guilty plea was entered upon count 1 by the plea agreement established by this office.__

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☒X

AO 243 (Rev. 6/85)

9.  If you did appeal, answer the following:

    (a) Name of court _____

    (b) Result _____

    (c) Date of result: _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes XX No ☐

11. If your answer to 10 was "yes," give the following information:

    (a)(1) Name of court  United States District Court For The District Of Mass.

       (2) Nature of proceeding  Motion for modification of sentence 18 U.S.C. §
       3742(f)(1)

       (3) Grounds raised  Counsel's failure to argue 2 point reduction for
       saftey valve for petitioner when petitioner is eligible.

       _____

       _____

       _____

       (4) Did you receive an evidentiary hearing on your petition, application or motion?
          Yes ☐ No ☐

       (5) Result  Denied

       (6) Date of result  March 11, 2005

    (b) As to any second petition, application or motion give the same information:

       (1) Name of court _____

       (2) Nature of proceeding _____

       _____

       (3) Grounds raised _____

       _____

       _____

       _____

       _____

AO 243 (Rev. 5/85)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result_____

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.        Yes ☐ No ☐
(2) Second petition, etc.      Yes ☐ No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Denial of effective assistance of counsel which triggered a longer sentence for the petitioner

Supporting FACTS (state *briefly* without citing cases or law) Counsel has failed to argue and to Motion the District Court for the eligible provision of the saftey valve that petitioner is eligible for. By counsel's failure not to seek the applicable provision of the saftey valve, petitioner will have to serve a longer sentence.

B. Ground two: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

C. Ground three: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

D. Ground four: _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

_____

_____

_____

_____

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☒X

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing _____

_____

(b) At arraignment and plea __J. Thomas Kerner_____

_____

(c) At trial _____

_____

(d) At sentencing _____

_____

(e) On appeal _____

_____

(f) In any post-conviction proceeding _____

_____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☒ X

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒ X

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

_____

_____

(b) Give date and length of the above sentence: _____

_____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____

Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_3/22 / 2005_
/(date)

_Sergio Cruz_
Signature of Movant