IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Sergio Cruz | ) |
| | ) |
| | ) Criminal No. 02-cr-10335-(NG) |
| v. | ) |
| | ) Civil No._____ |
| | ) |
| United States Of America | ) |

**MEMORANDUM OF LAW IN SUPPORT OF PETITIONER'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255**

Sergio Cruz, petitioner in the above-titled cause, pro se, having been convicted on one count of the indictment and pleaded guilty to the offense of **21 U.S.C. § 846,** Conspiracy to Distribute and Possess With Intent to Distribute a Controlled Substance.

### FACTUAL ALLEGATION

The assistance rendered by the Court Appointed Counsel fell below a level of effectiveness required by the **Sixth Amendment.**

After the Petitioner's arrest and up until sentence, Petitioner was represented by appointed counsel Mr. Thomas J. Kerner. The petitioner's main contention concerning Mr. Kerner's deficient representation is based on the facts that sufficiently meet the criteria of being deficient performance of counsel which caused prejudice to petitioner.

Criminal Defendant's have the right to the effective assistance of counsel during all critical stages of the criminal

process. See **Mempa v. Rhay,** 389 U.S. 128 (1967). In order to sustain a claim of ineffective assistance of counsel , movant must demonstrate (1) deficient performance by counsel, and (2) prejudice resulting from counsel's ill representation. See **Lockart v. Fretwell**, 113 S.Ct. 838 (1993) **Strickland v. Washington,** 466 U.S. 686 (1984).

Prior and at sentencing, petitioner repeatedly requested to counsel, Mr. kerner, for his assistance to seek the eligible provision of the two point saftey valve that petitioner was eligible for. Due to the fact that counsel made no attempt to argue or to seek the provisional saftey vslve, Petitioner was sentenced to sixty months .

Attorney Kerner's performance of counsel fell considerablly below the recommended standard of effectiveness by his failure not to seek the two points for the Saftey Valve of which the Petitioner was eligible for.

Petitioner's Constitutional Right was extremely violated by counsel's refusal not to seek the two points for the Saftey valve of which the Petitioner was eligible for and could have benefited from. Thus, because of counsel's in-effectiveness, petitioner will be serving a longer prison sentence.

## CONCLUSION

Based on the foregoing, Petitioner's sentencing counsel failed tp provide effective assistacne of counsel. Due to counsels poor representation, petitioner has suffered

prejudice and deprivation of his Constitutional Rights, Thus, it is necessary and fair to grant Petitioner the two point reduction for the Saftey Valve of which petitioner is definately eligible for.

                                      Respectfully Submitted,

                                      _____
                                      Sergio Cruz, Pro se
                                      Federal Register No. 24387-038
                                      F.C.I. Ray Brook
                                      Post Office Box 9002
                                      Ray Brook, New York 12977

Sworn and subscribed before me, a Notary Public on this _____ day of _____, 2005, as a true document bearing under the full penalty of perjury.

_____
Notary Public


_____
My Commission Expires


            DONALD L. DUMAS
      Notary Public, State of New York
            No. 01DU6083407
        Qualified in Franklin County
   My Commission Expires November 12, 20__

## CERTIFICATE OF SERVICE

I, Sergio Cruz, do here-by certify that I have served a true copy of the aforementioned document to the United States District Court, For The District Of Massachusetts, John J. Moakely courthouse, One Courthouse Way, Boston, Massachusetts 02110. To the Attention Of The Office Of The Clerk for the Honorable Justice Nancy Gertner.

This document bears pre-paid, first class postage and was given to prison officials at F.C.I. Ray Brook on *March 22nd 2005* _____ for deposit in the institutional mail box for transport by United States Mail courrier on this *23rd* *day of March*, 2005

_____
Sergio Cruz